R. Paul Barkes (SBN 190553)
Email: paul.barkes@barkeslaw.com
**BARKES LAW APC**
21550 Oxnard Street, 3rd Floor
Woodland Hills, California 91367
Telephone: (818) 912-9146

*Attorney for Defendant*
*Credit Control, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. JONES,<br><br>                  Plaintiff,<br><br>v.<br><br>CREDIT CONTROL, LLC,<br><br>                  Defendant. | Case No.:  2:26-cv-02105-PA-RAO<br><br>**CREDIT CONTROL, LLC'S ANSWER AND AFFIRMATIVE DEFENSES** |

Defendant Credit Control, LLC ("Credit Control"), by and through its counsel, hereby answers the Complaint of Plaintiff, William J. Jones ("Plaintiff") as follows:

## NATURE OF THE ACTION

1.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control admits that Plaintiff is seeking redress for alleged violations of the Fair Debt Collection Practices Act (the

- 1 -
Defendant's Answer and Affirmative Defenses

"FDCPA"), 15 U.S.C. § 1692 *et seq.,* and the Rosenthal Fair Debt Collection Practices Act (the "RFDCPA"), Cal. Civ. Code § 1788, but denies any liability under same and denies it violated the law.

## JURISDICTION AND VENUE

2.      This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control admits that Plaintiff is seeking redress for alleged violations of the FDCPA, but denies any liability under same and denies it violated the law. Credit Control denies the remaining allegations of this paragraph.

3.      This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control admits that it conducts business in the state of California, and denies any remaining allegations of this paragraph not specifically admitted.

## PARTIES

4.      This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control lacks sufficient information to set forth a belief as to the allegations concerning Plaintiff's residency, and therefore denies same. Credit Control denies any remaining allegations of this paragraph.

Defendant's Answer and Affirmative Defenses

5.      This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the allegations of this paragraph.

6.      This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control admits this paragraph to the extent that it admits that its principal purpose of business is collecting financial obligations owed to others, admits that it is a limited liability company organized under the laws of the state of Missouri with its principal place of business located at 3300 Rider Trail South, Suite 500, Earth City, Missouri 63045, and denies any remaining allegations of this paragraph not specifically admitted.

7.      This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the allegations of this paragraph.

8.      This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the allegations of this paragraph.

**FACTUAL ALLEGATIONS**

9.      This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control admits this paragraph

Defendant's Answer and Affirmative Defenses

to the extent that it admits that it attempted to collect Plaintiff's T-Mobile account, and denies all remaining allegations not specifically admitted.

10.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control lacks sufficient information to set forth a belief as to the allegations of this paragraph, and therefore denies same.

11.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control admits this paragraph to the extent that it admits that Plaintiff's account was placed with it for collection, and denies all remaining allegations not specifically admitted.

12.    This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, Credit Control admits this paragraph to the extent that it admits that it sent written correspondence addressed to Plaintiff. Credit Control is without sufficient information to admit or deny whether contact occurred, states that its correspondence speaks for itself, denies any allegation inconsistent with that correspondence, and denies each and every remaining allegation of this paragraph not specifically admitted.

13.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control lacks sufficient information to set forth a belief as to the allegations concerning Plaintiff's actions,

Defendant's Answer and Affirmative Defenses

and therefore denies same. Credit Control denies any remaining allegations of this paragraph.

14.    This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, Credit Control admits this paragraph to the extent that it admits that it sent electronic correspondence addressed to Plaintiff. Credit Control is without sufficient information to admit or deny whether contact occurred, states that its correspondence speaks for itself, denies any allegation inconsistent with that correspondence, and denies each and every remaining allegation of this paragraph not specifically admitted.

15.    This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, Credit Control states that its correspondence speaks for itself, denies any allegation inconsistent with that correspondence, and denies each and every remaining allegation of this paragraph.

16.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control lacks sufficient information to set forth a belief as to the allegations concerning Plaintiff's actions, and therefore denies same. Credit Control denies any remaining allegations of this paragraph.

17.    This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, Credit Control admits this paragraph

Defendant's Answer and Affirmative Defenses

to the extent that it admits that it sent text correspondence addressed to Plaintiff. Credit Control is without sufficient information to admit or deny whether contact occurred, states that its correspondence speaks for itself, denies any allegation inconsistent with that correspondence, and denies each and every remaining allegation of this paragraph not specifically admitted.

18.    This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, Credit Control admits this paragraph to the extent that it admits that it sent electronic correspondence addressed to Plaintiff. Credit Control is without sufficient information to admit or deny whether contact occurred, states that its correspondence speaks for itself, denies any allegation inconsistent with that correspondence, and denies each and every remaining allegation of this paragraph not specifically admitted.

19.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control lacks sufficient information to set forth a belief as to the allegations concerning Plaintiff's actions, and therefore denies same. Credit Control denies the conduct alleged, denies it violated the law, and denies any remaining allegations of this paragraph.

20.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the conduct

Defendant's Answer and Affirmative Defenses

alleged, denies it violated the law, denies Plaintiff was harmed, and denies any remaining allegations of this paragraph.

## COUNT I
## FDCPA

21.    Credit Control reincorporates by reference all responses to the proceeding paragraphs as if fully set out herein.

22.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the allegations of this paragraph.

23.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control admits this paragraph to the extent that it admits that it engages in the business of collecting financial obligations, and uses various forms of media to do so, including mail and telephone. Credit Control denies any remaining allegations of this paragraph not specifically admitted.

24.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control admits this paragraph to the extent that it admits that it engages in the business of collecting financial obligations due to others, and denies any remaining allegations of this paragraph not specifically admitted.

Defendant's Answer and Affirmative Defenses

25.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the allegations of this paragraph.

26.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control states that the FDCPA speaks for itself, and denies any allegations inconsistent with the language or meaning of the same. Credit Control denies the conduct alleged, denies it violated the law, and denies any remaining allegations of this paragraph.

27.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the conduct alleged, denies it violated the law, and denies any remaining allegations of this paragraph.

28.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control states that the FDCPA speaks for itself, and denies any allegations inconsistent with the language or meaning of the same. Credit Control denies the conduct alleged, denies it violated the law, and denies any remaining allegations of this paragraph.

29.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the conduct

Defendant's Answer and Affirmative Defenses

alleged, denies it violated the law, and denies any remaining allegations of this paragraph.

30.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control states that the FDCPA speaks for itself, and denies any allegations inconsistent with the language or meaning of the same. Credit Control denies the conduct alleged, denies it violated the law, and denies any remaining allegations of this paragraph.

31.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the conduct alleged, denies it violated the law, and denies any remaining allegations of this paragraph.

(UNNUMBERED PARAGRAPH) This paragraph and its subparts make up a prayer for relief, to which no response is necessary. To the extent a response is required, Credit Control denies the conduct alleged, denies that it violated FDCPA, denies it violated the law, denies that Plaintiff suffered injury or damages, denies Plaintiff is entitled to the damages listed in this paragraph and its subparts, and denies the remainder of this paragraph and its subparts.

## COUNT II
## RFDCPA

32.    Credit Control reincorporates by reference all responses to the proceeding paragraphs as if fully set out herein.

Defendant's Answer and Affirmative Defenses

33. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the allegations of this paragraph.

34. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the allegations of this paragraph.

35. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the allegations of this paragraph.

36. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control states that the RFDCPA speaks for itself, and denies any allegations inconsistent with the language or meaning of the same. Credit Control denies the conduct alleged, denies it violated the law, and denies any remaining allegations of this paragraph.

37. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the conduct alleged, denies it violated the law, and denies any remaining allegations of this paragraph.

38. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Credit Control denies the conduct

Defendant's Answer and Affirmative Defenses

alleged, denies it violated the law, denies that Plaintiff was damaged, denies Plaintiff is entitled to the damages listed in this paragraph, and denies any remaining allegations of this paragraph.

(UNNUMBERED PARAGRAPH) This paragraph and its subparts make up a prayer for relief, to which no response is necessary. To the extent a response is required, Credit Control denies the conduct alleged, denies that it violated RFDCPA, denies it violated the law, denies that Plaintiff suffered injury or damages, denies Plaintiff is entitled to the damages listed in this paragraph and its subparts, and denies the remainder of this paragraph and its subparts.

(UNNUMBERED PARAGRAPH) This paragraph makes up a demand for a jury trial to which no response is required.

## AFFIRMATIVE DEFENSES

I.      To the extent a violation of the law occurred, which is expressly denied, such violation as the result of a bona fide error despite the adoption of procedures reasonably designed to prevent such an error.

II.     Plaintiff's damages, if any, were pre-existing and were not caused by Credit Control.

III.    Plaintiff failed to mitigate his claimed damages, if any.

IV.     Plaintiff proximately caused his own damages, if any.

Defendant's Answer and Affirmative Defenses

V.        Plaintiff's damages, if any, are the result of the actions of third parties over whom Credit Control has no control.

VI.        Credit Control acted in good faith at all times in its dealings with Plaintiff, and if any conduct by Credit Control is found to be unlawful, which Credit Control expressly denies, such conduct was not willful and should not give rise to liability.

WHEREFORE, Defendant Credit Control, LLC, respectfully requests this Honorable Court enter judgment in its favor, dismiss Plaintiff's Complaint with prejudice, and grant such other relief as this Court deems just and proper.

Dated: March 31, 2025                Respectfully Submitted,

BARKES LAW APC
/s/ *R. Paul Barkes*
R. Paul Barkes (SBN 190553)

Attorneys for Defendant CREDIT CONTROL LLC.

- 12 -
Defendant's Answer and Affirmative Defenses

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court for the United States District Court, Central District of California, using the CM/ECF system, which will send notification of such filing to all counsel and/or parties of record who are registered CM/ECF users.

/s/ *R. Paul Barkes*
R. Paul Barkes

Defendant's Answer and Affirmative Defenses